UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13

VALISA R. WALKER  CASE NO. 09-75085

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  Residential Credit Solutions**   **Court claim #:** (if known) **13**

**Last four digits** of any number used to identify the debtor's account: 7422

---

*Final Cure Amount*

Amount of Prepetition Arrears         $9,118.16 (Per Creditor Proof of Claim)

Amount Paid by Trustee                $9,118.16

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan         ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  1/22/14                 /s/Fiona Whelan
                                Fiona Whelan, Attorney for
                                Lydia S. Meyer, Trustee
                                308 W. State St., Suite 212
                                Rockford, IL  61101

Certificate of Service
　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of January, 2014.

Dated:  1/22/14                 /s/Cynthia K. Burnard

RESIDENTIAL CREDIT SOLUTIONS
PO BOX 163229
FORT WORTH, TX 76161-3229

MORTGAGE ELECTRONIC REGISTRATION
C/O PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

RESIDENTIAL CREDIT SOLUTIONS
PO BOX 163229
FORT WORTH, TX 76161-3229

AMERICA'S SERVICING COMP
ATTN: BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD.
FORT MILL, SC 29715-7200

VALISA R. WALKER
2315 BELL AVENUE
ROCKFORD, IL  61103

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111